IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| BO KOMBOL, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ALLSTATE INSURANCE COMPANY; and DOES 1-100,<br><br>Defendants. | CV 20-70-BLG-SPW<br><br>ORDER |

Defendant Allstate Insurance Company moves for the admission of Kristine M. Schanbacher to practice before the Court in the above captioned matter with Peter F. Habein of Billings, Montana, designated as local counsel. The applicant's declaration (Doc. 6-1) DOES NOT comply with **Local Rule 83.1(d)(3) (A) and (C).** Therefore,

IT IS HEREBY ORDERED that Defendant Allstate Insurance Company's Motion to Admit Kristine M. Schanbacher to appear *pro hac vice* (Doc. 6) is DENIED with leave to refile her Motion and Declaration.

1

DATED this 9th day of June, 2020.

/s/ Susan P. Watters
SUSAN P. WATTERS
United States District Judge