IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| BO KOMBOL, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ALLSTATE INSURANCE COMPANY and DOES 1-100,<br><br>Defendants. | CV 20-70-BLG-SPW<br><br>ORDER |

Defendant Allstate Insurance Company moves for the admission of Mark L. Hanover to practice before the Court in the above captioned matter with Peter F. Habein of Billings, Montana, designated as local counsel. The motion complies with Local Rule 83.1(d), and plaintiff does not object.

IT IS SO ORDERED that Defendant Allstate Insurance Company's motion to admit Mark L. Hanover to appear *pro hac vice* (Doc. 9) is GRANTED and he is authorized to appear as counsel with Peter F. Habein pursuant to L.R. 83.1(d) in the above captioned matter.

DATED this 10th day of June, 2020.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Judge