Murry Warhank, MT Bar No. 3347
JACKSON, MURDO & GRANT, PC
203 North Ewing Street
Helena, MT  59601
Ph:  (406) 442-1308
Fax:  (406) 443-7033
mwarhank@jmgm.com

Evan M. Selik, CA Bar No. 251039
MCCATHERN, LLP
523 West 6th Street, #830
Los Angeles, CA  90014
Ph: (213) 225-6150
Fax:  (213) 225-6151
eselik@mccathernlaw.com

*Attorneys for Plaintiff,*
*BO KOMBOL*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| BO KOMBOL, individually and on behalf of other persons similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ALLSTATE INSURANCE COMPANY; and DOES 1-100<br><br>Defendants. | Case No. CV-20-00070-BLG-SPW<br><br>**MOTION FOR ADMISSION *PRO HAC VICE* OF EVAN M. SELIK** |

Pursuant to L.R. 83.1(d), the undersigned counsel, as a member of the Bar of this Court, hereby (1) moves for the admission *pro hac vice* of Evan M. Selik to

appear and participate as counsel in this case on behalf of the Plaintiff, BO KOMBOL, individually and on behalf of other persons similarly situated, and (2) consents to serve as local counsel in accordance with L.R. 83.1(d)(5).

Attached is the Declaration of Evan M. Selik in support of this Motion. Local counsel has transmitted payment in the amount of $255.00 to the Clerk of Court for *pro hac vice* fees in compliance with L.R. 24.1(c).  A proposed Order is also submitted herewith.

DATED this 16th day of June, 2020.

        /s/ Murry Warhank
Murry Warhank, MT Bar No. 3347
JACKSON, MURDO & GRANT, PC
203 North Ewing Street
Helena, MT  59601
Ph:  (406) 513-1124
Fax:  (406) 443-7033
mwarhank@jmgm.com

        /s/ Evan M. Selik
Evan M. Selik, CA Bar No. 251039
MCCATHERN, LLP
523 West 6th Street, #830
Los Angeles, CA  90014
Ph: (213) 225-6150
Fax:  (213) 225-6151
eselik@mccathernlaw.com