IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION



FILED

JUN 16 2020

Clerk, U S District Court
District Of Montana
Billings

| | | |
|---|---|---|
| BO KOMBOL, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ALLSTATE INSURANCE COMPANY and DOES 1-100,<br><br>Defendants. | | CV 20-70-BLG-SPW<br><br>ORDER |

Plaintiff, Bo Kombol, individually and on behalf of other persons similarly situated, moves for the admission of Evan M. Selik to practice before the Court in the above captioned matter with Murry Warhank of Helena, Montana, designated as local counsel. The motion complies with Local Rule 83.1(d).

IT IS SO ORDERED that Plaintiff, Bo Kombol's motion to admit Murry Warhank to appear *pro hac vice* (Doc. 14) is GRANTED and he is authorized to appear as counsel with Murry Warhank pursuant to L.R. 83.1(d) in the above captioned matter.

DATED this 16th day of June, 2020.

SUSAN P. WATTERS
United States District Judge

1