
Evan M. Selik (CA Bar No. 251039) *admitted pro hac vice*
MCCATHERN LLP
523 West 6th Street, Suite 830
Los Angeles, CA 90014
(213) 225-6150
eselik@mccathernlaw.com

Sean M. Morris
Jesse Kodadek
WORDEN THANE P.C.
321 W. Broadway St., Ste. 300
Missoula, MT 59802
(406) 721-3400
smorris@wordenthane.com
jkodadek@wordenthane.com

*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| BO KOMBOL, individually and on behalf of other persons similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ALLSTATE INSURANCE COMPANY; and DOES 1-100,<br><br>Defendants. | CV-20-0070-BLG-SPW<br><br><br><br>NOTICE OF SUBSTITUTION OF COUNSEL |

Pursuant to Local Rule 83.3(a), notice is hereby given that Sean M. Morris

and Jesse C. Kodadek of the firm Worden Thane P.C., are substituting as counsel

for Plaintiff Bo Kombol in place of Murry Warhank of Jackson, Murdo & Grant, P.C. Worden Thane's contact information is included above.

Evan Selik, admitted *pro hac vice*, will continue as counsel for the Plaintiffs under Local Rule 83.1(d), and all counsel going forward are aware of and have discussed the obligations of local counsel under Local Rule 83.1(d)(6).

June 16, 2020.

                                        WORDEN THANE P.C.

                                        /s/ Jesse Kodadek

                                        JACKSON, MURDO & GRANT, PC

                                        /s/ Murry Warhank