IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| BO KOMBOL, individually and on behalf of other persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ALLSTATE INSURANCE COMPANY, and DOES 1–100<br><br>Defendants. | CV 20-70-BLG-SPW<br><br><br>ORDER |

Before the Court is the parties' Joint Proposed Discovery Plan and Phase I Scheduling Order (Doc. 26). Also before the Court is Defendant's Motion to Dismiss the First Amended Complaint (Doc.24).

IT IS HEREBY ORDERED that the Court will consider the parties' Joint Proposed Discovery Plan and Phase I Scheduling Order after ruling on the Defendants' Motion to Dismiss the First Amended Complaint.

The Clerk of Court is directed to notify counsel of the making of this Order.

DATED this 15th day of July, 2020.

SUSAN P. WATTERS
United States District Judge