IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| BO KOMBOL, individually and on behalf of other persons similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ALLSTATE INSURANCE COMPANY; and DOES 1-100,<br><br>Defendants. | Case No. CV 20-70-BLG-SPW<br><br>**ORDER** |

Currently pending before this Court is Defendants' Motion to Dismiss (Doc. 24). The Motion is not yet fully briefed. A decision on that motion could eliminate the need for a preliminary pretrial conference and the related disclosures, depending on the ruling of the Court. In addition, the parties have filed a Stipulated Joint Proposed Discovery Plan and Phase I Scheduling Order (Doc. 26). Therefore,

**IT IS HEREBY ORDERED** that the Preliminary Pretrial Conference set for **Wednesday, July 29, 2020 at 1:30 p.m.** is hereby **VACATED** until such time that the Court rules on Defendants' pending Motion to Dismiss. Pursuant to the Court's Order (Doc. 27), the Court will consider the parties' Joint Proposed

Discovery Plan and Phase I Scheduling Order (Doc. 26) following its ruling on the Motion to Dismiss.

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 29th day of July, 2020.

_Susan P. Watters_
SUSAN P. WATTERS
U.S. DISTRICT COURT JUDGE