IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| BO KOMBOL,<br><br>          Plaintiff,<br><br>vs.<br><br>ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY,<br><br>          Defendant. | CV 20-70-BLG-SPW<br><br>ORDER RE SCHEDULING CONFERENCE |

On June 1, 2022, counsel for Plaintiff and Defendant appeared for a telephonic scheduling conference. A dispute arose regarding whether or not the deadline for disclosing and deposing experts should be reopened given the Court's prior scheduling order (Doc. 45). The parties were unable to come to an agreement during the conference. As such, the parties shall confer and either submit a joint proposed scheduling plan or a short statement of their respective positions regarding the dispute by Friday, June 17, 2022.

The clerk is directed to notify counsel of the entry of this Order.

DATED this 1st day of June, 2022.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Judge