IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| BO KOMBOL, individually and on behalf of other persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ALLSTATE INSURANCE COMPANY; ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY; ALSTATE INDEMNITY COMPANY; ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY; and DOES 1–100<br><br>Defendants. | CV 20-70-BLG-SPW<br><br><br><br>ORDER |

On August 31, 2022, Plaintiff, through his attorney, filed two identical pleadings - a Notice of Withdrawal of Counsel (Docs. 61 and 63). It appears Plaintiff's intention was to file a Notice of Substitution of Counsel as Doc. 61. Therefore,

**IT IS HEREBY ORDERED** that the Plaintiff's Notice of Substitution of Counsel (Doc. 61) is **DENIED** <u>with leave to refile</u>. According to L.R. 83.3(a), "when a party changes attorneys, a notice of substitution signed by the incoming

and the outgoing attorney must be filed by the incoming attorney." The Plaintiff's attorneys have not done so in this instance.

**IT IS FURTHER ORDERED** that Plaintiff's Notice of Withdrawal of Counsel (Doc. 63) is **DENIED** as moot for the reason that a correct Notice of Substitution signed by the attorneys being substituted and the substituting attorney will be sufficient.

The Clerk of Court is directed to notify counsel of the making of this Order.

DATED this 1st day of September, 2022.

SUSAN P. WATTERS
United States District Judge