IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| BO KOMBOL, individually and on behalf of other persons similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ALLSTATE VEHICLE AND PROPERTY INSURANCE COMPANY,<br><br>Defendant. | CV 20-70-BLG-SPW<br><br>ORDER |

Upon the parties' Stipulation and Joint Motion to Dismiss with Prejudice (Doc. 70), by and between their counsel of record,

IT IS HEREBY ORDERED that the above-entitled cause is **DISMISSED WITH PREJUDICE**, with each party to bear their own costs and attorney's fees.

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 8th day of November, 2022.

*Susan P. Watters*
SUSAN P. WATTERS
U. S. DISTRICT JUDGE

1